■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY JENKINS, Appellant. [858 NYS2d 646]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Holdman, J.), imposed February 2, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Miller, Balkin and Belen, JJ., concur.